# IN THE SUPREME COURT OF THE STATE OF NEVADA

GERALD JEROME POLK,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 80621



FILED

MAR 11 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

In this original pro se petition for a writ of mandamus or prohibition, petitioner appears to seek an order directing the district court to act on a postconviction petition for a writ of habeas corpus he allegedly filed on June 5, 2019.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter. *See* NRAP 21(b).

We reiterate that "[p]etitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth*

20.09628

*Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.[1]

_____Pickering_____, C.J.
Pickering

_____Hardesty_____, J.          _____Cadish_____, J.
Hardesty                                 Cadish

cc:  Gerald Jerome Polk
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

---

[1]We are confident that the district court will resolve all pending matters as expeditiously as its calendar permits.